```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 33683
   MERVIE BALINAO ULANGCA
   BENILA GABRIEL ULANGCA                      CHAPTER 13

                                               JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-4927    SSN XXX-XX-1962

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/24/2005 and was confirmed 10/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 02/25/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------
ECAST SETTLEMENT CORP        SECURED                .00           .00             .00
FUTURE FINANCE               SECURED                .00           .00             .00
TOYOTA MOTOR CREDIT CO       UNSECURED          3141.75           .00         3141.75
TRIAD FINANCIAL CORP         SECURED           10000.00        402.56        10000.00
GE CAPITAL CONSUMER FINA     SECURED             200.00         17.39          200.00
JP MORGAN CHASE BANK NA      UNSECURED          3034.73           .00         3034.73
CAPITAL ONE                  UNSECURED          1156.79           .00         1156.79
SMC % CARSON PIRIE SCOTT     UNSECURED          1434.71           .00         1434.71
RESURGENT ACQUISITION LL     UNSECURED          8494.52           .00         8494.52
RESURGENT ACQUISITION LL     UNSECURED          2208.56           .00         2208.56
CORPORATE AMERICA FEDERA     UNSECURED        NOT FILED           .00             .00
DIRECT MERCHANTS BANK        UNSECURED        NOT FILED           .00             .00
DISCOVER FINANCIAL SERVI     UNSECURED          6808.53           .00         6808.53
ECAST SETTLEMENT CORP        UNSECURED          3254.37           .00         3254.37
HOUSEHOLD CREDIT SERVICE     UNSECURED        NOT FILED           .00             .00
MEDI CREDIT CORPORATION      NOTICE ONLY      NOT FILED           .00             .00
WORLD FINANCIAL NETWORK      UNSECURED          1047.01           .00         1047.01
VICTORIAS SECRET             NOTICE ONLY      NOT FILED           .00             .00
ECAST SETTLEMENT CORP        UNSECURED          2141.26           .00         2141.26
TRIAD FINANCIAL CORP         UNSECURED          2202.19           .00         2202.19
ECAST SETTLEMENT CORP        UNSECURED          2319.66           .00         2319.66
PETER FRANCIS GERACI         DEBTOR ATTY       2,700.00                      2,700.00
TOM VAUGHN                   TRUSTEE                                         3,045.14
DEBTOR REFUND                REFUND                                          1,015.75

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                54,624.92

PRIORITY                                                .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 33683 MERVIE BALINAO ULANGCA & BENILA GABRIEL ULANGCA
```

```
SECURED                                              10,200.00
    INTEREST                                            419.95
UNSECURED                                            37,244.08
ADMINISTRATIVE                                        2,700.00
TRUSTEE COMPENSATION                                  3,045.14
DEBTOR REFUND                                         1,015.75
                          ---------------        ---------------
TOTALS                          54,624.92              54,624.92
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 05/28/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE